| AO 10<br>Rev. 1/2008 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2007** COPY | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Wilkins, William W | 2. Court or Organization<br><br>U.S.C.A., Fourth Circuit | 3. Date of Report<br><br>05/12/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. Circuit Judge (Senior Status) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>PO Box 10857<br>Greenville, SC 29603-0857 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |
| **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*<br>*checking the NONE box for each part where you have no reportable information. Sign on last page.* | | |

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Trustee | Strom Thurmond Foundation |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

2008 MAY 13 P 12: 01 RECEIVED FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilkins, William W | 05/12/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

**A. Filer's Non-Investment Income**

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2007 | Charleston School of Law - teaching | $ 24,460.00 |
| 2. | | |
| 3. | | |
| 4. | | |

**B. Spouse's Non-Investment Income** - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | SC Defense Trial Attorneys' Association | 11/02-11/04 | Pinehurst, North Carolina | Speaker | Lodging, food |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilkins, William W | 05/12/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilkins, William W | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. SEI Investments (fmrly Regions), Money Market #1 | B | Interest | K | T | | | | | |
| 2. First Horizon, Stock | B | Dividend | | | sell | 12-27 | K | loss | |
| 3. Granite Village,Granite Falls, SC, Ltd Partnership | | None | | | sell | 11-09 | J | E | |
| 4. South Financial Corp., Stock | D | Dividend | | | sell | 12-27 | M | loss | |
| 5. Palmetto Bank, account | D | Interest | K | T | | | | | |
| 6. Seligman South Carolina Tax-Exempt Fund | B | Dividend | K | T | | | | | |
| 7. Eaton Vance Municipals, Bonds | A | Dividend | K | T | | | | | |
| 8. Washington Mutual Investors Fund, Mutual Fund | A | Dividend | M | T | | | | | |
| 9. SEI Investments (fmrly Wachovia Securities), IRA #1 | D | Dividend | N | T | | | | | |
| 10. American Services, Inc., Stock | F | Dividend | L | T | | | | | |
| 11. John Hancock Financial Ind. Fund | A | Dividend | K | T | | | | | |
| 12. Wells Fargo & Co., Stock | B | Dividend | L | T | | | | | |
| 13. Regions Financial Corp., Stock | A | Dividend | | | sell | 12-27 | J | loss | |
| 14. Boeing Co., Stock | B | Dividend | L | T | | | | | |
| 15. Abbott Laboratories, Stock | A | Dividend | K | T | | | | | |
| 16. SEI Investments (fmrly American Express), IRA #2 | | None | K | T | | | | | |
| 17. JP Morgan Chase, Stock | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilkins, William W | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Waste Management, Inc., Stock | B | Dividend | L | T | | | | | |
| 19. Grey Wolf, Inc. | | None | K | T | | | | | |
| 20. Growth Fund, Mutual Fund | A | Dividend | L | T | | | | | |
| 21. GMAC, Bonds | A | Interest | K | T | | | | | |
| 22. Walt Disney Co., Stock | A | Dividend | L | T | | | | | |
| 23. Wachovia Corp., Stock | B | Dividend | L | T | | | | | |
| 24. Greater Bay Bancorp, Stock | A | Dividend | | | sell | 01-04 | J | loss | |
| 25. Pacific Capital Bancorp, Stock | A | Dividend | K | T | | | | | |
| 26. Omi Corp., Stock | A | Dividend | | | sell | 03-19 | K | E | |
| 27. Home Depot, Stock | A | Dividend | J | T | | | | | |
| 28. Goodrich Corp., Stock | B | Dividend | M | T | | | | | |
| 29. Carolina Group, Stock | | None | | | sell | 01-04 | L | E | |
| 30. Texas Instruments, Stock #1 | A | Dividend | L | T | | | | | |
| 31. Tyco International, Stock | A | Dividend | K | T | | | | | |
| 32. SEI Investments (fmrly Wachovia), Money Mkt #2 | A | Interest | K | T | | | | | |
| 33. Allied Waste, Stock | | None | L | T | | | | | |
| 34. Charming Shoppes, Stock | | None | | | sell | 12-27 | K | loss | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilkins, William W | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Hanover Compressor, Stock | | None | | | sell | 01-04 | K | D | |
| 36. Koninklijke Philips, Stock | A | Dividend | K | T | | | | | |
| 37. Rite Aid, Stock | | None | | | sell | 01-04 | K | D | |
| 38. Texas Instruments, Stock #2 | A | Dividend | J | T | | | | | |
| 39. Vivian Wong, LLC | B | Distribution | J | T | | | | | |
| 40. Fairforest of Greenville, LLC | | None | J | T | | | | | |
| 41. Agco Corp. | | None | | | sell | 01-04 | L | E | |
| 42. EMC Corp. | | None | | | sell | 01-04 | L | loss | |
| 43. Juniper Networks, Stock | | None | | | sell | 01-04 | K | D | |
| 44. Nicholas-Applegate Fund, Stock | | None | | | sell | 01-04 | K | B | |
| 45. Regal Entertainment, Stock | | None | | | sell | 01-04 | K | loss | |
| 46. SEI Investments (fmrly Jesup), Money Market #3 | C | Interest | M | T | | | | | |
| 47. Dreyfus Premier, Mutual Fund | D | Dividend | M | T | | | | | |
| 48. SEI Investments (fmrly Calvert), Money Market #4 | E | Interest | N | T | | | | | |
| 49. SEI Investments (fmrly Federated), Money Market #5 | C | Dividend | M | T | | | | | |
| 50. Greenville County Airport, Bonds | C | Interest | | | sell | 12-27 | L | –0– | |
| 51. Horry County, Bonds | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Wilkins, William W | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Mt. Pleasant 3.875, Bonds | B | Interest | K | T | | | | | |
| 53. SC State Hwy, Bonds | B | Interest | L | T | | | | | |
| 54. Hartford Leaders, Annuity | | None | M | T | | | | | |
| 55. MetLife Whole Life Policy | A | Dividend | J | T | | | | | |
| 56. Hospira, Inc., Stock | | None | J | T | | | | | |
| 57. Hydril, Stock | | None | | | sell | 05-07 | L | E | |
| 58. American Investigative, Stock | | None | J | T | | | | | |
| 59. Williston School District, Bonds | A | Interest | | | redemption | 02-01 | K | –0– | |
| 60. Greenwood School District, Bonds | B | Interest | | | redemption | 03-01 | L | –0– | |
| 61. SC Trans. Infrastructure, Bonds | A | Interest | | | redemption | 10-01 | K | –0– | |
| 62. Western Carolina Sewer, Bonds | A | Interest | K | T | | | | | |
| 63. Independence Bank, Money Market | E | Interest | M | T | | | | | |
| 64. Independence Bank, CD | D | Interest | | | redemption | 05-10 | N | –0– | |
| 65. Bankgreenville, Stock | | None | | | sell | 12-27 | J | loss | |
| 66. Powershares Dynamic Oil, Stock | | None | | | sell | 01-04 | K | loss | |
| 67. Streettracks, Stock | A | Dividend | L | T | | | | | |
| 68. Procter & Gamble, Stock | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilkins, William W | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Washington Mutual, Stock #1 | B | Dividend | | | sell | 12-27 | J | | |
| 70. Independence Bancshares, Stock | | None | J | T | | | | | |
| 71. Washington Mutual, Stock #2 | A | Dividend | | | sell | 12-27 | J | | |
| 72. Chevron Corp., Stock | A | Dividend | J | T | | | | | |
| 73. Bank of America, Stock | B | Dividend | | | sell | 12-27 | K | | |
| 74. CVS, Stock | A | Dividend | L | T | | | | | |
| 75. Microsoft Corp. | A | Dividend | K | T | | | | | |
| 76. Peabody Energy, Stock | | None | | | sell | 01-04 | K | | |
| 77. Staples, Stock | | None | | | sell | 01-04 | L | B | |
| 78. Charleston Cty Airport, Bonds | B | Interest | | | sell | 07-01 | K | | |
| 79. Piedmont Muni Power, Bonds | A | Interest | | | sell | 01-01 | J | | |
| 80. Champion Communications, Stock | | None | J | T | | | | | |
| 81. MetroCon, Stock | A | Dividend | J | T | | | | | |
| 82. Liberty All-Star, Equity Fund | A | Dividend | | | sell | 01-10 | K | | |
| 83. World Acceptance | | None | | | sell | 12-27 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilkins, William W | 05/12/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

I. POSITIONS: I serve on a committee which reviews applications and awards scholarships from the Strom Thurmond Foundation to students attending colleges in S. C. I receive no compensation for this work, nor has ▮▮▮▮▮▮▮▮ ever benefited in any way from this Foundation.

VII(9): This is a widely-held investment fund in which I exercise no control over the financial interests held by the fund. The account is traded by SEI Investments without my direction or advance knowledge. Therefore, the underlying stocks, bonds, or other assets are not required to be listed here.

VII(16): This is a widely-held investment fund in which I exercise no control over the financial interests held by the fund. The account is traded by SEI Investments without my direction or advance knowledge. Therefore, the underlying stocks, bonds, or other assets are not required to be listed here.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544